United States Court of Appeals
Fifth Circuit

**F I L E D**

August 9, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 07-30158
Summary Calendar
_____

IN THE MATTER OF:  THOMAS S. KEATY II

Debtor

-------------------------------------------------------------------------------------------------------------

ROY A. RASPANTI,

Appellant

v.

THOMAS S. KEATY II,

Appellee

_____

Appeal from the United States District Court
for the Western District of Louisiana
(6:05-CV-2135)

_____

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellant Roy A. Raspanti appeals the rulings of the district court,

affirming the rulings of the bankruptcy court.  At the heart of the rulings of

the bankruptcy court from which Raspanti appeals is the determination that

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

the filing of the Chapter 13 Plan by Debtor/Appellee Thomas S. Keaty II was not in bad faith. We review the rulings of the bankruptcy court under the same standards as did the district court.

We have considered all rulings and orders appealed from, as well as the record on appeal, the briefs of the parties, and the applicable law. As a result, we are satisfied that neither the bankruptcy court nor the district court, sitting in appeal, erred reversibly. Accordingly, all rulings appealed from are affirmed, essentially for the reasons given by those courts.

AFFIRMED.